IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH DEAN DAWSON,

     Plaintiff,                     No. CIV S-04-1458 MCE JFM P

     vs.

CORRECTIONAL OFFICERS, et al.,

     Defendants.                <u>ORDER</u>

_____/

        On May 19, 2005, plaintiff filed a notice of change of address, and on July 5, 2005, and July 7, 2005, plaintiff filed letters in this action. This civil rights action was closed on March 15, 2005. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: July 21, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

12
daws1458.58